JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE SORENSEN,<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware limited liability company, SPENCER JEWELL, an individual; SEAN NAJERA, an individual; TODD DELEVIE, an individual; DOES 1-50, inclusive,<br><br>Defendants. | Case No. 8:19-CV-01325-AG-KESx<br><br>**ORDER GRANTING STIPULATION TO REMAND**<br><br>United States District Judge Andrew J. Guilford |

The Court, having reviewed the parties' Stipulation to Remand (the "Stipulation"), the Court approves the Stipulation and hereby orders as follows:

1. The STIPULATION is GRANTED; and
2. This action shall be REMANDED to state court, where all claims shall be submitted to binding arbitration before JAMS.

**IT IS SO ORDERED.**

DATED: July 19, 2019

_____
Hon. Andrew J. Guilford
United States District Court Judge

**ORDER GRANTING STIPULATION TO REMAND**